# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
           Appellant,

vs.

MATHEW MARK DELAPUENTE,
           Respondent.

No. 73694

**FILED**

OCT 2 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSNG APPEAL*

This is an appeal from an order reversing a municipal court conviction. First Judicial District Court, Carson City; James E. Wilson, Judge.

This court issued an order to show cause directing appellant to demonstrate why this appeal should not be dismissed for lack of jurisdiction. In response, appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that appellant understands the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-36147

cc: Hon. James E. Wilson, District Judge
Attorney General/Carson City
Carson City District Attorney
Law Office of David R. Houston
Carson City Clerk